# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| § | **CASE NUMBER 1:21-CR-00080-MAC** |
| **v.** § | |
| § | |
| § | |
| **DERRICK KYLE EAGLIN JR.** § | |
| § | |

### REPORT AND RECOMMENDATION ON
### THE DEFENDANT'S COMPETENCY TO STAND TRIAL

Pursuant to 28 U.S.C. § 636(b) and the Local Rules for the United States District Court for the Eastern District of Texas, this criminal proceeding is before the undersigned United States magistrate judge.

On July 21, 2021, the Defendant filed a motion seeking a psychiatric or psychological exam to determine if the Defendant was suffering from a mental disease or defect rendering him mentally incompetent to the extent he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. (Doc. No. 14.) The court granted that motion on July 21, 2021. (Doc. Nos. 15.) The Defendant was subsequently evaluated by Lisa Bella, Ph.D., Licensed Psychologist at the Federal Correctional Institution in Fort Worth, Texas, and found competent.

Dr. Bellah's psychiatric report concludes that the Defendant "does not currently present with symptoms of a mental illness that appear to be negatively impacting his ability to adequately understand the nature and consequence of the proceedings against him or to properly assist in his defense." (Doc. No. 30.)

A competency hearing was conducted on April 20, 2022. At the hearing, the Defendant appeared in court with his counsel, Mr. Gary Bonneaux. Mr. Bonneaux did not present any objections to Dr. Bellah's opinion on competency. Neither the Government nor the defense objected to the psychological report's results and findings.

The undersigned concludes that the Defendant is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense. The Defendant has a rational and factual understanding of the proceeding against him, and has sufficient present ability to consult with his attorney with a reasonable degree of rational understanding. 18 U.S.C. § 4241(d); *see also Dusky v. United States,* 362 U.S. 402 (1960).

## RECOMMENDATION

The court should find the Defendant competent to stand trial because he understands the nature and consequences of the proceeding against him and is able to assist in his defense. *See* 18 U.S.C. § 4241. It is further recommended that the speedy trial time be excluded from July 21, 2021 (the date the Defendant filed an Unopposed Motion for Psychiatric Exam), until the date on which the District Judge signs the order adopting this report and recommendation.

## OBJECTIONS

Pursuant to 28 U.S.C. § 636(b)(1)(C), each party to this action has the right to file objections to this Report and Recommendation. However, at the hearing on this matter both parties verbally waived their right to object to the undersigned's findings. Therefore, this report is ripe for adoption immediately.

SIGNED this 25th day of April, 2022.

_____
Zack Hawthorn
United States Magistrate Judge