| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 1:21-CR-80 |
| DERRICK KYLE EAGLIN, JR., | § § § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Before the court is a report and recommendation of the United States magistrate judge regarding the Defendant's competency for trial. At the hearing on the matter, the parties verbally waived their right to object to the magistrate judge's report.

Having conducted an independent review, the court concludes that the Defendant is competent to stand trial because he is able to understand the nature and consequences of the proceedings against him and able to assist his attorney in his defense. It is therefore

**ORDERED** that the report and recommendation of the United States magistrate judge on the Defendant's competency to stand trial is **ADOPTED**. It is further **ORDERED** that the Defendant, Derrick Kyle Eaglin, Jr., is competent. The speedy trial time shall be excluded from July 21, 2021, until the date of this order.

SIGNED at Beaumont, Texas, this 25th day of April, 2022.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE